# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | Civil Action No. 4:24-cv-02426 |
| ROBERTSHAW US HOLDING CORP., *et al.*,[1] | Bankruptcy Case No. 24-90052 (CML) |
| Debtors. | |
| Invesco Senior Secured Management, Inc., *et al.*, | |
| Appellants. | |

## ORDER STAYING EFFECTIVENESS OF SALE ORDER
## PENDING APPEAL OF THE SALE ORDER AND TRIAL ORDER

Upon consideration of the motion (the "Motion")[2] of the above-captioned Appellants for a stay pending appeal of the Bankruptcy Court's Sale Order and Trial Order, it is hereby **ORDERED** as follows:

1.     The Motion is granted as set forth herein.

2.     The Sale Order is hereby stayed until the earlier of (i) a disposition of the Appellants' appeal on the merits or (ii) an order of this Court or the Fifth Circuit Court of

---

[1]     The debtors in these cases (the "Debtors"), along with the last four digits of each debtor's federal tax identification number, are as follows: Range Parent, Inc. (7956); Robertshaw US Holding Corp. (1898); Robertshaw Controls Company (9531); Burner Systems International, Inc. (8603); Robertshaw Mexican Holdings LLC (9531); Controles Temex Holdings LLC (9531); Universal Tubular Systems, LLC (8603); and Robertshaw Europe Holdings LLC (8843). The primary mailing address used for each of the foregoing debtors is 1222 Hamilton Parkway, Itasca, Illinois 60143.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Appeals dissolving the stay granted herein.  The Debtors shall not close or consummate the sale contemplated by the Sale Order unless and until the Motion is denied on the merits.

Dated: _____, 2024

_____
ANDREW S. HANEN
UNITED STATES DISTRICT COURT JUDGE