UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 24-02426 |
|---|---|---|---|

In re Robertshaw US Holding Corp., et al.

*versus*

Invesco Senior Secured Management, Inc. et al.

| | |
|---|---|
| Lawyer's Name | Trevor J. Welch |
| Firm | Glenn Agre Bergman & Fuentes LLP |
| Street | 1185 Avenue of the Americas, 22nd Fl. |
| City & Zip Code | New York, NY 10036 |
| Telephone & Email | 212-970-1600 |
| Licensed: State & Number | NY 2941722 |
| Federal Bar & Number | SDNY TW8293 |

| Name of party applicant seeks to appear for: | See attached addendum. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/16/2024 | Signed: | */s/ Trevor J. Welch* |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:    Clerk's signature

**Order**    **This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge

## ADDENDUM

This lawyer seeks to appear as the attorney for the parties set forth below:

1. Invesco Senior Secured Management, Inc.
2. Invesco Floating Rate Income Fund
3. Diversified Credit Portfolio Ltd.
4. Invesco Dynamic Credit Opportunity Fund
5. Invesco Floating Rate ESG Fund
6. Invesco Credit Partners Master Fund II, L.P.
7. Invesco Credit Partners Opportunities Fund 2020, L.P.
8. Invesco Private Credit Opportunities Holdco, LLC
9. Invesco Master Loan Fund
10. Milton Hershey School Trust
11. Invesco Senior Floating Rate Fund
12. Invesco Senior Income Trust
13. Invesco Senior Loan Fund
14. Sentry Insurance Company
15. Invesco SSL Fund LLC
16. Invesco Teton Fund LLC
17. Invesco Zodiac Funds - Invesco US Senior Loan ESG Fund
18. Invesco Zodiac Funds - Invesco European Senior Loan ESG Fund
19. Invesco Zodiac Funds - Invesco European Senior Loan Fund
20. Invesco Zodiac Funds - Invesco US Senior Loan Fund
21. Alinea CLO, Ltd.
22. Annisa CLO, Ltd.
23. Betony CLO 2, Ltd.
24. Carbone CLO, Ltd.
25. Milos CLO, Ltd.
26. Recette CLO, Ltd.
27. Riserva CLO Ltd.
28. Upland CLO, Ltd.
29. Verde CLO, Ltd.
30. Kapitalforeningen Investin Pro, US Leveraged Loans I