United States Courts
Southern District of Texas
FILED

*October 1, 2024*

Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 1, 2024

Lyle W. Cayce
Clerk

No. 24-20436

IN THE MATTER OF ROBERTSHAW US HOLDING CORPORATION, *Et al.*

*Debtor,*

INVESCO SENIOR SECURED MANAGEMENT, INCORPORATED; INVESCO FLOATING RATE INCOME FUND; DIVERSIFIED CREDIT PORTFOLIO LIMITED; INVESCO DYNAMIC CREDIT OPPORTUNITY FUND; INVESCO FLOATING RATE ESG FUND, *Et al.*,

*Appellants,*

*versus*

ROBERTSHAW US HOLDING CORPORATION; RANGE PARENT, INCORPORATED; ROBERTSHAW CONTROLS COMPANY; BURNER SYSTEMS INTERNATIONAL, INCORPORATED; ROBERTSHAW MEXICAN HOLDINGS, L.L.C.; CONTROLES TEMEX HOLDINGS, L.L.C.; UNIVERSAL TUBULAR SYSTEMS, L.L.C.; ROBERTSHAW EUROPE HOLDINGS, L.L.C.,

*Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-2426

No. 24-20436

## UNPUBLISHED ORDER

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellants' opposed motion for a temporary administrative stay is GRANTED pending further order of the court. Respondents shall file a response no later than 2p.m on Friday, October 4, 2024.

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 01, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-20436   Invesco v. Robertshaw
              USDC No. 4:24-CV-2426

Enclosed is an order entered in this case.

              Sincerely,

              LYLE W. CAYCE, Clerk

              By: _____
              Melissa B. Courseault, Deputy Clerk
              504-310-7701

Mr. Timothy A. Davidson
Mr. George A. Davis
Mr. Andrew Glenn
Mr. Nathan Ochsner
Mr. Mark Curtis Taylor