**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| INVESCO SENIOR SECURED MANAGEMENT, INC., et al.,<br>Appellants,<br>v.<br>ROBERTSHAW US HOLDING CORP., et al.,<br>Appellees. | Civil Action Nos. 4:24-cv-02426<br>4:24-cv-02592<br>4:24-cv-03298<br>4:24-cv-03416 |
| In re:<br>ROBERTSHAW US HOLDING CORP., et al.,<br>Debtors. | Chapter 11<br>Bankruptcy Case No. 24-90052<br>Adversary Proceeding No. 24-03024<br>(Jointly Administered) |

**APPELLEES/CROSS-APPELLANTS' DESIGNATION OF ITEMS FOR RECORD ON CROSS-APPEAL**

Pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B), Appellees/Cross-Appellants—Robertshaw US Holding Corp., Range Parent, Inc., Robertshaw Controls Company, Burner Systems International, Inc., Robertshaw Mexican Holdings LLC, Controles Temex Holdings LLC, Universal Tubular Systems, LLC, and Robertshaw Europe Holdings LLC (collectively, "Robertshaw"); Bain Capital Credit, LP, Canyon Capital Advisors LLC, and Eaton Vance Management (collectively, the "Ad Hoc Group"); and One Rock Capital Partners, LLC ("One Rock")—hereby submit their designation of items to be included in the record on cross-appeal from this Court's Memorandum Opinion and Order (Dkt. No. 122) and

Final Judgment (Dkt. No. 123), dated July 1, 2026 and entered on July 2, 2026. *See* Notice of Cross-Appeal (Dkt. No. 126).*

Appellees/Cross-Appellants designate the following items from the lead case, Case No. 4:24-cv-02426, as the record on cross-appeal: the entire record assembled in accordance with Federal Rule of Bankruptcy Procedure 8009 (Dkt. No. 83); all submissions and proceedings in this Court, including but not limited to the Memorandum Opinion and Order dated July 1, 2026 and entered on July 2, 2026 (Dkt. No. 122); and a certified copy of the docket entries prepared by the Clerk. Appellees/Cross-Appellants further designate the records assembled in accordance with Federal Rule of Bankruptcy Procedure 8009 in the following consolidated cases: Case No. 4:24-cv-02592 (Dkt. No. 13), and Case No. 4:24-cv-3416 (Dkt. No. 5).

---

* Appellants/Cross-Appellees—Invesco Senior Secured Management, Inc. and its affiliated entities (collectively, "Invesco")—have not filed the required designation of the record in their appeal, which was due on August 11, 2026. *See* Fed. R. App. P. 6(b)(2)(B)(i). Appellees/Cross-Appellants reserve all rights related to Invesco's non-compliance, including the right to designate "additional parts" of the record "within 14 days after being served with [Invesco's] designation." Fed. R. App. P. 6(b)(2)(B)(ii). Contemporaneously with this filing, Appellees/Cross-Appellants are also submitting the DKT-13 Transcript Order Form in order to comply with the Clerk of Court's Notice of the Filing of an Appeal (Dkt. No. 127).

Dated: August 24, 2026

/s/ Nicholas J. Hendrix (with consent)
Nicholas J. Hendrix
O'MELVENY & MYERS LLP
2801 North Harwood Street
Suite 1600
Dallas, TX 75201-2692
(972) 360-1900
nhendrix@omm.com

Peter Friedman
Pamela A. Miller
Asher Rivner
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
17th Floor
New York, NY 10019

*Counsel for Appellees/Cross-Appellants Bain Capital Credit, LP, Canyon Capital Advisors LLC, and Eaton Vance Management*

/s/ Erica S. Weisgerber (with consent)
Erica S. Weisgerber
Sidney P. Levinson
Molly B. Maass
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
eweisgerber@debevoise.com

Sean T. Wilson
SHANNON LEE BEATTY LLP
2100 Travis Street, Suite 1480
Houston, TX 77002

*Counsel for Appellee/Cross-Appellant One Rock Capital Partners, LLC*

Respectfully submitted,

/s/ Melissa Arbus Sherry
Melissa Arbus Sherry
Blake E. Stafford
Alexander G. Siemers
Soren J. Schmidt
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200
melissa.sherry@lw.com

George A. Klidonas
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020

Timothy A. (Tad) Davidson II
Ashley L. Harper
HUNTON ANDREWS KURTH LLP
600 Travis Street
Suite 4200
Houston, TX 77002

*Counsel for Debtors-Appellees Robertshaw US Holding Corp., Range Parent, Inc., Robertshaw Controls Co., Burner Systems International, Inc., Robertshaw Mexican Holdings LLC, Controles Temex Holdings LLC, Universal Tubular Systems, LLC, and Robertshaw Europe Holdings LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Texas by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Melissa Arbus Sherry*
Melissa Arbus Sherry